# Walter R. Martin, Appellant, v. Klipfel Manufacturing Company, Appellee.

## Gen. No. 43,876.

opinion filed June 26, 1947; released for publication July 8, 1947. Miller, Gorham, Wescott & Adams, for appellant; Frederic O. Mason, of counsel; Ellis D. Whipp, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.